**BALDASSARE & MARA, LLC**
570 Broad Street, Suite 900
Newark, New Jersey 07102
Telephone: (973) 200-4066
Facsimile: (973) 556-1076

*Attorneys for Plaintiff*
*Star Laboratory Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STAR LABORATORY CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>THRIVEPOINT MEDICAL<br>LABORATORIES, LLC,<br><br>*Defendant.* | Civil Action No. 2:21-cv-20461 (BRM)(ESK)<br><br><br><br>**FINAL JUDGMENT BY DEFAULT** |

      **THIS MATTER** having come before the Court upon the Motion of Plaintiff Star Laboratory Corporation ("Plaintiff"), seeking the entry of Final Judgment by Default against Defendant ThrivePoint Medical Laboratories, LLC ("Defendant"), pursuant to Fed. R. Civ. P. 55(b)(1); and it appearing that the Complaint in this matter was filed on December 10, 2021, seeking damages as a result of the breach of a Laboratory Services Agreement between Plaintiff and Defendant; and service of the Summons and Complaint having been effectuated on January 4, 2022; and it appearing that default was entered by the Clerk of the Court against Defendant on January 27, 2022 for failure to plead or otherwise defend in this action; and for good cause shown;

      **IT IS** on this ___10th___ day of ___March___, 2022,

**ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff Star Laboratory Corporation has judgment against Defendant ThrivePoint Medical Laboratories, LLC in the total amount of $322,420.00.

_____
Hon. Brian R. Martinotti, U.S.D.J.

2